LURA RAYMOND, as Administratrix of the Estate of THOMAS E. RAYMOND, Deceased, Appellant, *v.* REPUBLIC LIGHT, HEAT & POWER Co., INC., Respondent.

(Argued April 25, 1933; decided May 23, 1933.)

*Harold J. Tillou* for appellant.

*Harold J. Adams* and *Edmund S. Brown* for respondent.

no opinion.

Concur: Pound, Ch. J., Crane, Lehman, Kellogg, O'Brien and Crouch, JJ.   Not sitting: Hubbs, J.